ERNEST WEISSBERGER, Respondent, v. GAYTIME FROCK Co., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of HARRY WELTFISCH, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (October 16, 1937.)

In the Matter of JEROME K. NADELWEISS, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (October 18, 1937.)

HESSIAN HILLS COUNTRY CLUB, INC., and ABE FISCHER, Respondents, v. THE HOME INSURANCE COMPANY, Appellant. HESSIAN HILLS COUNTRY CLUB, INC., and ABE FISCHER, Respondents, v. HARTFORD FIRE INSURANCE Co. and ÆTNA INSURANCE COMPANY, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to file within five days from service of a copy of the order to be entered hereon the stipulation provided in paragraph "D" of the order appealed from. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See post, p. 733.]

HESSIAN HILLS COUNTRY CLUB, INC., and ABE FISCHER v. THE HOME INSURANCE COMPANY. HESSIAN HILLS COUNTRY CLUB, INC., and ABE FISCHER v. HARTFORD FIRE INSURANCE COMPANY and ÆTNA INSURANCE COMPANY.— Motion for reargument granted [ante, p. 733], and such reargument having been had, motion for a stay pending determination by this court of appeal granted. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (October 22, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GRUMMISCH, Also Known as JOHN R. GRUMMISCH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSEMARY W. PATTERSON, Respondent, v. ROGER W. PATTERSON, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

DOROTHY A. REDMOND, as Stockholder and on Behalf of All Other Stockholders of OLNEY HOLDING COMPANY, No. 1, INC., in Like Situation, and on Behalf of OLNEY HOLDING COMPANY, No. 1, INC., Respondent, v. ALAN FOX, Appellant, Impleaded with Another, Defendant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID FEINBERG, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.